UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

           Case No. 14-36793-AJC
           Chapter 7

Franklin J. Osorio

     Debtor.
_____/

## MOTION TO REOPEN CHAPTER 7 CASE AND MOTION TO APPROVE POST DISCHARGE REAFFIRMATION AGREEMENT AND REQUEST TO WAIVE FEES

COMES NOW, Debtor, Franklin J. Osorio, by and through undersigned counsel and move this Honorable Court to REOPEN CHAPTER 7 CASE TO APPROVE POST DISCHARGE REAFFIRMATION AGREEMENT AND WAIVE FEES, and as grounds therefore states:

1. Debtor filed a Voluntary Petition seeking relief under Chapter 7 of the United States Bankruptcy Code on December 8, 2014.

2. The Discharge of the Debtor was entered by this Court on March 19, 2015.

3. On April 14, 2015 the case was closed by the Clerk.

4. This motion has been agreed to by all parties of interest, to wit: Debtor, Franklin J. Osorio and United Consumer Financial Services.

5. This reaffirmation agreement was not filed prior to the discharge date but it was delivered untimely in the mail.

**WHEREFORE**, Debtor, Franklin J. Osorio, respectfully requests this Honorable Court to grant Debtor's Motion to Reopen Chapter 7 case and Motion to Approve Post Discharge Reaffirmation Agreement with creditor, United Consumer Financial Services.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2015 a true and correct copy of the foregoing was served via electronic transmission to the parties who currently are on the list to receive e-mail notice/service for this case, and to United Consumer Financial Services, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712.

Respectfully submitted,

                                             **/s/**
                          JAMES ALAN POE, P.A.
                          Attorney for Debtor
                          Florida Bar No. 107956
                          9500 S. Dadeland Boulevard
                          Suite 610
                          Miami, FL 33156
                          Telephone: (305) 670-3950
                          Facsimile:  (305) 670-3951
                          Email: jamesapoe@bellsouth.net